Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK



FILED
AUG 07 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See Pro Se Privacy Notice for further information.

### 1. CAPTION OF ACTION

**17 CV 6535 FPG**

**A.** Full Name of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

James Nelson

-vs-

**B.** Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Mr Greg Marsh
2. Mrs MayTeg Cruz-Santos
3. Mrs Eva Wilcox
4. Everest Inst
5. Mrs Katharina Wheeler
6. 

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: Federal government charged Everest with fraud & predatory practices.

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: Everest cases in California, owner, attorney general, and New York.

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: I made claim against Everest in Rochester with investigator (Harter Secrest and Emery) against Everest for fraud, misrepresentation before IRS (feds).

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: James Nelson

Present Address: 281 Clay ave #1 (DWN) Rochester N.Y. 14613

Name of Second Plaintiff: ___

Present Address: ___

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: MR. Greg Marsh

Official Position of Defendant (if relevant): Veteran Rep

Address of Defendant: Everest Institute 1630 Portland ave Rochester N.Y. 14621

Name of Second Defendant: Mrs Mayteg Cruz-Santos

Official Position of Defendant (if relevant): Financial Aid Rep

Address of Defendant: Everest Institute 1630 Portland ave Rochester N.Y. 14621

Name of Third Defendant: Mrs Eva Wilcox

Official Position of Defendant (if relevant): Dean

Address of Defendant: Everest Inst 1630 Portland ave Rochester N.Y. 14621

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes ___  No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): ___

Defendant(s):_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No____

   If not, give the approximate date it was resolved._____

   Disposition (check those statements which apply):

   ____ Dismissed (check the statement which indicates why it was dismissed):

   ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   ____ By court due to your voluntary withdrawal of claim;

   ____ Judgment upon motion or after trial entered for

   ____ plaintiff
   ____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You must include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) _____,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

_____

_____

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____


**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____


**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I'm requesting 10 million for stealing money from me, and humiliateing me in front of their constitutes and thier friends, and all the students. Lieing to me and escorting me out the school when they were later charged by the federal gov.

Do you want a jury trial? Yes ✓  No ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on __08/06/2017__
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____James Nelson_____

Signature(s) of Plaintiff(s)

MAIN TOPIC - STEP 1                          11/10/13

### FACT

1.) Federal & State Tax returns are 2011-2012 0.00

### REPLY

A.) IRS Faxed 2011-2012 tax return directly to Everest inst on 10/19/12.

I (James Nelson) Have no control over documents sent via electronically directly to Everest inst.

I James Nelson told Ms Mayteg, I was audited and it states 8,000 refund, its a mistake, MS mayteg states it came from the IRS!

James Nelson
11/10/13

MAIN TOPIC - STEP 2                                    11/10/13

## FACT

1. VRAP (Veterans Retraining Assistance Program Benefits) the Benefits are Paid directly to veteran FROM VA (veteran administration).

## Reply

A. ON 10/19/12 I (James Nelson) stated to ms MAYteg & MR Greg marsh, VRAP Benefits are not Counted in school, the benefits Are educational benefits and I do not have to pay them back, the checks come directly to me in the mail at my Home address.

James Nelson
11/10/13

MAIN TOPIC - STEP 3      11/10/13

### FACT

1.) The student financial Planning worksheet Signed 10/19/12 states (other Tuition assistance) - agency fund 14244.00

### REPLY

A.) ON 10/19/12 I (James Nelson) again state to Ms. Mayteg, that the VRAP is not counted, Ms. Mayteg calls mr. Greg Marsh tells him this, He states he knows his job & the veteran benefits come directly to Everest inst.
(ms mayteg & mr marsh) they did not listen to me (James Nelson)

P.S. clearly states 12/12/12 refund Per Quarter.
               O / J / A

James Nelson
11/10/13

MAIN TOPIC - STEP 4                    11/10/13

## FACT

1.) The student finance status form dated 10/19/12 states, Planning, documents, Comments & refund amount is 2,166.67 dollars.

## Reply

A.) did not receive a refund for the amount stated (up top), ~~but recein~~
ON the student financial Planning worksheet that ON 12|12|12  a refund check will
          O | J | A
        (OCT) (JAN) (April)

be Per Quarter, till this day I did not receive a ~~the~~ refund check per Quarter

James Nelson
11/10/13

MAIN TOPIC - STEP 5                    11/10/13

## FACT

1.) The student statement Regarging Tuition account & application of Title IV Credit balance Signed and read with current Box checked & withdraw Box checked.

## REPLY

ON 10/19/12. I (James Nelson) & ms. mayteg finished interveiwing and I stated I would like to have all monies to be sent directly to me at my address.

MAIN TOPIC - STEP 6  11/10/13

### FACT
Received in the mail from student finance office the financial award Letter on or around Dec- 17, 2012.

### REPLY
The statement begins supply store acct. $15000 dollars.

Pell — $2200.00
State (TAP) — $4000.00
(VRAP) — Agency - GI Bill $14244.00 — (VRAP Benefits) are sent directly to me (James Nelson) from VA (Veteran Administration) as stated by VA. EVEREST CANNOT COUNT VRAP Benefits - "ERROR"

This is an ERROR, the financial aid award Letter appears to be overawarded by $14244.00 dollars.

Federal return & state return are total $0.00.
Unemployment total (exhausted 599 Program) $0.00.

Indeed I (James Nelson) when counting facts, I am underawarded, corrections need to be corrected and then determine financial aid.

MAIN TOPIC - STEP 7                              11/10/13

## FACT

1.) ON 7/15/13 received 2 Letters from MS. Katharina Wheeler (student finance rep) for additional loans for transportation, school supplies, & rent.

the other Letter states Verify process delays refund checks & will be worked on & when finished will receive 1,391.00 refund check.

## REPLY

B.) Talked to ms Wheeler on another date after 7/15/13 in the same month, and was told by ms. Wheeler that verification not complete she had not completed the original financial aid application and she doesn't know what's going on with the verification process, maybe she will apply corrections later next wk.

MAIN TOPIC - STEP 8                                  11/10/13

## FACT

ON Feb 25, 2013 Received a refund check FROM EVEREST INST, student statement Cash receipt states check # 001675886 $(1,361.36)

## REPLY

IN FEB 2013 I (James Nelson) talked to Herb Smith (Student Loan Specialist) about VRAP Benefits program Problem, He (Herb) states let me look at situation, states looks like there is a Overaward, So, I (Herb) will go into computer and it seems that we owe you a check (Refund) I (James Nelson) did not receive another check (refund) since Feb 25, 2013.

MAIN TOPIC - STEP - 8.5          11/10/13

FACT

I (James Nelson) was enrolled & registered with EVEREST with Financial Aid 7/15/13 - 10/6/2013

REPLY

In August of 2013 I James Nelson told Mr. Greg Marsh that I should be registered for enrollment with VRAP program & he said I cannot let them send you money for this period, I stated the VA (Veteran Affairs) stated they pay for time in class.

I James Nelson was registered for enrollment 7/15/13, I would have been paid for 2 week period or until I was transferred 8/26/13 VRAP benefits are sent directly to me - James Nelson not from Everest Inst.

ERROR - IN judgement of VRAP program again.

I didn't receive a refund check from financial aid & did not receive check from VRAP because of this problem from 7/15/13 - 8/26/13 (Transferred).

I asked for additional Loans To cover COST OF TRANPORTATION, school supplies, & Rent because My Benefits will expire soon. I would like to have $3,900.

*James Nelson*
JAMES NELSON
7/15/13

MAIN TOPIC - STEP 9          11/10/13

## FACT

1.) Between 8/20/13 - 8/26/13 received official transcript from 10/15/2012 - 10/06/2013 all stateing all grades A, B, C's per Quarter. (1st yr complete, 2nd yr started)

## REPLY

B.) IN august of 2013, talked with Ms. Wheeler again about no refund check again she's surprised & states, does'nt know why situation exist will have to still work on Verify Process Problem.
I James Nelson stated if this month you can't resolve this matter, today I like to be transfered out of Everest, I have not failed anything, so, Ms Wheeler states only Ms Eva Wilcox (Dean of Everest) could transfer me out. Ms Wilcox states after trying to resolve the matter, comes to a decision or agreement to Approve my transfer out of Everest because she believes all her employees made the right choices, they have degrees not me Ima student, then I was separated from Everest sameday.

MAIN TOPIC - STEP 10                              11/10/13

FACT

I (James Nelson) was enrolled from 7/15/2013 - 10/6/2013 (Active) START DATE 10/15/12 VRAP Program states only enroll, then other months verify Grades & attendance.

REPLY

Mr Greg Marsh did not enroll me (James) into VRAP program, But I was in class & in school. (This is an absolute ERROR) Mr Marsh stated to me I don't want them to send you all that money. I (James) tried to explain to Greg The VA (Veterans Affairs) Subtract attendance - dates, but if I (James) is attending, then enroll me (James) has nothing to do with Cash, its attendance whether its 2 weeks or 3 weeks to 4 weeks.

James Nelson
11/10/13

MAIN TOPIC - CONCLUSION            11/10/13

## MY Feelings

I (James Nelson) Continued to Enroll, register, sign up for Financial aid, EVERY Quarter from 10/15/2012 - 10/06/2013, & scored A, B, C's, on Each report card.

This would Have been my 2nd Year at Everest Inst, I believed in them, Everest let me down, I didn't receive respect, Had with Everest Knowing that my Rent was not Paid all this time and then I (James Nelson) didn't receive a VRAP check & refund in the end. (EVEREST is NOT Veteran friendly)

All because no one would listen to me or Correct any Financial Aid Complaints For 1 yr, EVEREST made me appear to Have been overawarded when I was underawarded and all Everest had to do is resolve, listen & checkout situations, I was Hurt, I Suffered, But I kept Coming to school and did Pass all academic, attendance, & school rules.

I (James Nelson) are Entitled to all refund checks (once IRS return is Corrected to $0.00) which would, make my Financial aid (maximum allowed, from Pell, TAP, Subsidized, unsubsidized, VRAP Benefits $0.00.

James Nelson
11/10/13

MY Conclusion & Point of VEIW    11/10/13

There are so many financial aid ERRORS FROM TAX returns to determining accurate amount allowed FROM:
- Pell
- TAP
- Subsidized Loans
- UNSubsidized Loans (VRAP Benefits not counted)

all FACTS with Paperwork will show that this is an ERROR & should be corrected and I (James NELSON) has passed all academic & attendance FROM 10/15/2012 UNTIL TRANSferred out of Everest inst, 8/26/2013

This makes me entitled to each refund Per Quarter in the amount stated on ALL Everest documents. (with Everest tuition has been paid) Per Quarter For the ENTIRE year of 2012 school year.

Everest has had the whole year to Correct the error & has not given me a (verify complete) up UNTIL NOW TILL date 11/10/13 (Has not happened).

Please Correct & Restore MY Refund checks I James Nelson Have Earned them (checks,
Signed, (ENTITLED).
                                James Nelson
                                11/10/13