UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMES NELSON,

Plaintiff,

Case # 17-CV-6535-FPG

v.

DECISION AND ORDER

GREG MARSH et al.,

Defendants.

Pro se Plaintiff James Nelson filed a Complaint, moved to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and moved to appoint counsel. ECF Nos. 1-3.

Nelson's in forma pauperis motion is incomplete. Nelson does not indicate his exact monthly wages, does not state how much he receives in government benefits each month, and does not state the amount his roommate contributes to monthly household expenses. Because the motion is incomplete, Nelson's in forma pauperis motion (ECF No. 2) is DENIED WITHOUT PREJUDICE. Nelson must either (1) re-file his application using the Court's standard form[1] with all of the relevant information included, or (2) pay the $400.00 filing fee by March 27, 2018. If Nelson has not complied with either of these options by March 27, 2018, the Clerk of Court shall close this case as dismissed without prejudice without further order.

---

[1] The form is available on the Court's public website at: http://www.nywd.uscourts.gov/sites/default/files/IFPApplicationForm.pdf.

Finally, because the Court is denying Nelson's *in forma pauperis* motion, his motion to appoint counsel is premature and is also DENIED WITHOUT PREJUDICE. Nelson may re-file the motion after re-filing his *in forma pauperis* motion.


    IT IS SO ORDERED.

Dated: February 28, 2018
       Rochester, New York

                                           _____
                                           HON. FRANK P. GERACI, JR.
                                           Chief Judge
                                           United States District Court